IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM M. GURLEY                                                                                          PLAINTIFF

v.                                              No. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS                                                        DEFENDANT

## ORDER

The City of West Memphis has moved to stay these proceedings pending final resolution of an adversarial proceeding in the United States Bankruptcy Court for the Middle District of Florida in which the judgment is currently on appeal to the United States Court of Appeals for the Eleventh Circuit. The City of West Memphis asserts that Gurley could recover in that action funds that he is seeking to recover here from the City of West Memphis, and unless this action is stayed Gurley could obtain a double recovery. The City of West Memphis attached to its motion copies of pleadings from the adversarial proceeding. Those pleadings show that the adversarial proceeding concerns a different site, not the site at issue here. Therefore, the motion to stay is DENIED. Document #46.

IT IS SO ORDERED this 8th day of February, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE