# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIAM M. GURLEY                        PLAINTIFF

v.            No. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS             DEFENDANT

## ORDER

The parties' second joint motion for continuance is GRANTED. Document #61. This case will be reset for trial, if necessary, after the Court rules on the pending motions.

IT IS SO ORDERED this 2nd day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE