IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **WILLIAM M. GURLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04CV00148 JLH |
| | ) | |
| **CITY OF WEST MEMPHIS, ARKANSAS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 3, 2007, the Plaintiff applied to the Court with the approval of the Defendant, for a Motion for Continuance for a period of two months from the current trial setting of February 4, 2008, due to the current medical condition of the Plaintiff's counsel, Ann Faitz, and her scheduled spinal surgery which will require a number of weeks for recovery during the currently scheduled discovery months of October and November. For good cause shown, the Court hereby continues this case from its current trial setting to be set at a later date as requested in the Motion. All current scheduling deadlines are hereby suspended. A new trial scheduling will be issued by the court establishing a new trial date and pre-trial deadlines.

IT IS SO ORDERED this 3rd day of October, 2007.

_/s/ Leon Holmes_
LEON HOLMES
UNITED STATES DISTRICT JUDGE

Prepared by:

 /s/ Ann P. Faitz
Ann P. Faitz, ABA No. 86058
Counsel for Plaintiff
CHISENHALL, NESTRUD & JULIAN, P.A.
400 W. Capitol, Suite 2840
Little Rock, AR 72201
Tel. 501.372.5800