# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIAM M. GURLEY                                                PLAINTIFF

v.                          No. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS                      DEFENDANT

## AMENDED ORDER

Defendant's motion to substitute counsel is GRANTED. Document #70. The Clerk is directed to substitute Brad J. Williams as counsel of record for defendant. Mark R. Hayes is hereby withdrawn as attorney of record in this action.

IT IS SO ORDERED this 19th day of October, 2007.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE