## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM M. GURLEY                                                        PLAINTIFF

v.                         No. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS                       DEFENDANT

### ORDER

Good cause having been shown, defendant's motion for extension of time to file dispositive motions is GRANTED. Document #74. The time for filing dispositive motions is hereby extended up to and including April 4, 2008.

IT IS SO ORDERED this 19th day of February, 2008.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE