# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM M. GURLEY                                                                                    PLAINTIFF

v.                                              NO. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS                                                       DEFENDANT

## ORDER

Presently before the Court is defendant's Motion for Continuance of the trial date. Docket #78. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for May 5, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 26th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE