IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM M. GURLEY                                                                                    PLAINTIFF

v.                                            No. 3:04CV00148 JLH

CITY OF WEST MEMPHIS, ARKANSAS                                                   DEFENDANT

## ORDER

Without objection, the discovery and dispositive motions deadlines are hereby extended up to and including August 22, 2008.  Document #84.

IT IS SO ORDERED this 24th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE