IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


CHERYL JANE FOLLOWELL, *Special*
*Administrator for the Estate of William M. Gurley,*
*deceased*                                                                                    PLAINTIFF


v.                                              CASE NO. 3:04CV00148

CITY OF WEST MEMPHIS, ARKANSAS                                      DEFENDANT


## ORDER

The Court hereby grants Plaintiff's Motion for Voluntary Dismissal. This matter is

dismissed without prejudice.

IT IS SO ORDERED this 22nd of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE