IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHERYL JANE FOLLOWELL, *Special Administrator for the Estate of William M. Gurley, deceased*     PLAINTIFF

v.     CASE NO. 3:04CV00148

CITY OF WEST MEMPHIS, ARKANSAS     DEFENDANT

## ORDER

The Court hereby grants Plaintiff's Motion for Voluntary Dismissal. This matter is dismissed without prejudice.

IT IS SO ORDERED this 22nd of February, 2010.

*Henry L. Jones, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE